IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-379-FDW-DCK

| PERFECT FIT INDUSTRIES, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| DE COURCY & COMPANY, LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) concerning Lisa Fortune Moore, filed August 2, 2011. Mr. Moore seeks to appear as counsel *pro hac vice* for Defendant DE Courcy Co., LLC.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Ms. Moore is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant DE COURCY & CO., LLC.

Signed: August 2, 2011

David C. Keesler
United States Magistrate Judge