# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-379-FDW-DCK

| | |
|---|---|
| PERFECT FIT INDUSTRIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DE COURCY & COMPANY, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Extension Of Time" (Document No. 11) filed by the Plaintiff, Perfect Fit Industries, LLC, on August 17, 2011. Plaintiff in essence seeks to defer its responses to the Defendant's motions to dismiss (Document Nos. 9 and 10) until after the Court has ruled on Plaintiff's "Motion To Remand" (Document No. 6). In its motion for extension, counsel for the Plaintiff indicates that he consulted with counsel for the Defendant, who refused to consent. Chambers staff is informed that the Defendant intends to file a response opposing Plaintiff's motion for extension.

While the Court is interested in and will await the Defendant's response to Plaintiff's motion for extension, the Court notes that Plaintiff's responses to Defendant's motions to dismiss are due August 26, 2011. In fairness to the Plaintiff, the Court will temporarily stay the deadline for the Plaintiff's responses to Defendant's motions to dismiss. In addition, the Court in its discretion will shorten the Defendant's response time regarding the Plaintiff's motion for extension of time, directing that it be filed by August 26, 2011

**IT IS, THEREFORE, ORDERED** that the deadline for Plaintiff's responses to Defendant's motions to dismiss (Document Nos. 9 and 10) is hereby **STAYED** pending further order of the

Court; and the Defendant's response to Plaintiff's motion for extension of time shall be filed by **August 26, 2011**.

Signed: August 19, 2011

David C. Keesler
United States Magistrate Judge